UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RHONDA R. BYAS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:08CV1238 AGF |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion for attorney's fees in the amount of $4,894.11 (28.2 hours at $173.55 per hour), pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Plaintiff is the prevailing party in her action challenging the Commissioner of Social Security's denial of her application for Supplemental Security Income based upon her disability. Her request for fees is supported by appropriate documentation, and the Commissioner states that he does not object to the amount of fees sought, or to the request that the fees be paid directly to Plaintiff's attorney, pursuant to Ratliff v. Astrue, 540 F.3d 800 (8th Cir. 2008) (holding that attorney's fees awarded under the EAJA can be awarded to a party's attorney), cert. granted, 130 S. Ct. 48 (2009).

Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is **GRANTED** in the amount of $4,894.11, payable to David D. Camp, Attorney for Plaintiff, 230 S. Bemiston Ave., Suite 810, St. Louis, MO 63105. [Doc. #22]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of December, 2009.